# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| UNITED STATES OF AMERICA | CRIMINAL ACTION |
| VERSUS | NO. 10-124 |
| TAMARA SCOTT-LANDRY | SECTION "J" (3) |

## ORDER

Before the Court is the Magistrate Judge's Report and Recommendation (Rec. Doc. 103) concerning Defendant's Request for Bill of Particulars (Rec. Doc. 94) and Motion for Production of Exculpatory Materials and Confidential Informant (Rec. Doc. 95). Accordingly,

**IT IS ORDERED** that Defendant's Request for Bill of Particulars (Rec. Doc. 94) and Motion for Production of Exculpatory Materials and Confidential Informant (Rec. Doc. 95) are **DENIED AS MOOT**.

New Orleans, Louisiana, this 22nd day June, 2011.

_____
UNITED STATES DISTRICT JUDGE